### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NUMBER: 4:20-CR-9(CDL) |
| | : |
| **v.** | : |
| | : |
| **MARCUS WILLIAMS** | : |
| | : |

## CONSENT ORDER FOR CONTINUANCE

The defendant in the above-styled case was indicted on March 20, 2020, and arraigned on August 24, 2020.

In this case, the Government and the Defendant have represented to the Court that the parties are requesting additional time to conduct pretrial discovery and conduct plea negotiations.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the Court's January, 2021 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. Sect. 3161(c)(1) be extended to that time. The Court also removes this case from the previously scheduled September 25, 2020 pretrial docket.

It is the Court=s finding that the ends of justice [18 U.S.C. Sect. 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. Sect. 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. Sect. (h)(8)(B)(iv)].

SO ORDERED, this __11th__ day of _September_, 2020.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE