**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIM. NO.  4:20-CR-9-CDL-MSH** |
| | : | |
| **MARCUS WILLIAMS** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT ORDER

Defendant was indicted on March 10, 2021, (ECF No. 1), and arraigned  August 24, 2020 (ECF No. 11.)  A pretrial conference is currently scheduled for August 2nd, 2021 with trial scheduled for September 8th, 2021.  The parties have jointly asked for additional time to finalize a potential plea agreement.   And they seek a continuance of the pretrial conference and the trial.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the January 2022 trial term and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B).

SO ORDERED, this **30th** day of **July, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT COURT JUDGE